UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED ALSTON as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT FUND, et al.,

        Plaintiffs,

-v-

SELECT GARAGES, LLC,

        Defendants.

CIVIL ACTION NO.: 24 Civ. 5439 (DEH) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on Wednesday, July 24, 2024, with Defendant's Answer due on Wednesday, August 14, 2024. (ECF No. 7). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Thursday, August 22, 2024,** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Dale E. Ho, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Thursday, September 5, 2024**.

Dated:    New York, New York
            August 15, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**