**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

FRED ALSTON, as a Trustee of Local 272 Labor-
Management Pension Fund, et al.,

                      Plaintiffs,           24 **CIVIL** 5439(DEH)(SLC)

     -v-                                             **<u>JUDGMENT</u>**

SELECT GARAGES, LLC.,

                      Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2025, Despite the waiver, the Court has reviewed the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. Accordingly, the Report and Recommendation is adopted in its entirety. Default judgment is entered against Defendant, and in favor of the Trustee, as follows: (1) Payment of the Outstanding Contributions in the amount of $4,323.48; (2) Interest on the Outstanding Contributions, at a rate of 1.5% per month, to be calculated from July 1, 2023 through the date judgment is entered for total interest amount of $1,470.15; (3) Liquidated damages equal to the amount of interest owed on the Outstanding Contributions amounting to $1,470.15; (4) Post-judgment interest pursuant to 28 U.S.C. § 1961; (5) Attorneys' fees in the amount of $2,607.00; and (6) Costs in the amount of $405.00.

**Dated:** New York, New York

February 21, 2025

                                      **TAMMI M. HELLWIG**
                                          **Clerk of Court**

**BY:** _____
                                              **Deputy Clerk**