Jeffrey S. Dubin
Jeffrey S. Dubin, P.C.
Attorneys for Plaintiffs
464 New York Avenue, Suite 100
Huntington, New York 11743
(631) 351-0300
dubinjs@cs.com

SO ORDERED.

*Dale E. Ho*
Dale E. Ho
United States District Judge
Dated: June 6, 2025
New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FRED ALSTON, as a Trustee of THE LOCAL 272
LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE LOCAL 272
WELFARE FUND,

                Plaintiffs,

- against -

SELECT GARAGES LLC,

                Defendant.
-------------------------------------------------------------------x

Civil Action No.:
24 Civ. 5439 (DEH)

**SATISFACTION OF JUDGMENT**

     WHEREAS, a judgment was entered on February 21, 2025, (Doc. # 24) in the above entitled action on in the United States District Court, Southern District of New York in favor of Plaintiffs, FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON as a Trustee of THE LOCAL 272 WELFARE FUND and against Select Garages LLC, for the sum of $10,275.78, and said judgment has been fully paid, and the sum of $-0- remains unpaid, AND it is certified that there are not outstanding executions with any Sheriff or Marshal within the State of New York,

     THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk is hereby authorized and directed to make any entry of full satisfaction on the docket of said judgment.

Dated: June 5, 2025

                              _____
                              JEFFREY S. DUBIN

STATE OF NEW YORK, COUNTY OF SUFFOLK

     On June 5, 2025, before me personally came Jeffrey S. Dubin to me known and known to me to be the attorney for Plaintiffs in the above entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

                              _____
                              Notary Public

LORI HOLZMANN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HO4760894
Qualified in Nassau County
Commission Expires October 31, 2026